𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

CLARK v. KRISE.

March 16th, 1893.

1. USURY—*Construction of statutes—Application of illegal interest.*—See syllabus in *Ryan* v. *Krise,* ante p. 728.
2. IDEM—*Priority.*—Where, under Code, § 2824, two or more bills are filed, the claim of the party first filing his bill takes priority, and must be paid first.

Appeal from decree of circuit court of city of Lynchburg, rendered May 20th, 1890, in a cause wherein W. E. Clark was complainant and P. A. Krise was defendant. The decree being adverse to complainant, he appealed. Opinion states the case.

*Tucker & Ingram* and *W. W. Henry,* for appellant.

*A. H. Burroughs* and *W. R. Staples,* for appellee.

LACY, J., delivered the opinion of the court.

The bill in this case was filed on the first Monday in August, 1888, and is for the same purposes, and brought under the same section of the Code of Virginia, as the bill in the case of *Ryan* v. *Krise,* just decided by this court, *ante* p. 728. ' The defendant is the same, and the usurious borrower, who is the judgment debtor, is the same. The amount of the judgment is the sum of $4,906.77, recovered on the 27th of July, 1888; and the bill of the plaintiff was dismissed, with costs, by the circuit court, for the same

reasons set forth in the case of *Ryan* v. *Krise*. But the bill in this case having been first filed, the bill in the Ryan case having been filed on the third Monday in August, the claim of the plaintiff, Clark, takes priority over, and is superior to, the claim of the plaintiff, Ryan, and must be first paid.

For the same reasons assigned and set forth in the case of *Ryan* v. *Krise*, we are of opinion to reverse and annul the decree of the circuit court appealed from in this case.

LEWIS, P., and RICHARDSON, J., *dissented.*

DECREE REVERSED.